**Gene BUCK, as President of the American Society of Composers, Authors and Publishers, an Unincorporated Association, et al., v. TRIANON COMPANY, Inc., a Corporation.**

**Gene BUCK, etc., et al., v. TARRY INN, Inc. Gene BUCK, etc., et al., v. John G. LOCKHART et al.**

Nos. 9231–9233.

Circuit Court of Appeals, Ninth Circuit.

Dec. 5, 1939.

Sweeney & Haugland, of Seattle, Wash., and Herman D. Kenin, of Portland, Or., for appellants.

Clark R. Belknap, of Seattle, Wash., for appellees.

Before GARRECHT, HANEY, and STEPHENS, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal in each of above causes dismissed, without costs to any party, that a decree of dismissal be filed in each of said causes and that the mandate of this court in each cause issue forthwith.